| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | ODELL GROOMS |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500 |
| | San Francisco, California 94105 |
| 6 | Telephone: (415) 977-8936 |
| | Facsimile: (415) 744-0134 |
| 7 | E-Mail: odell.grooms@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LATOYA PETERS, | CIVIL NO. 2:09-CV-01891-KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, | |
| Commissioner of | |
| Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The new due date will be January 25, 2010..

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 30, 2009

 /s/ John V. Johnson
(Via telephonic authorization on 12/30/2009)
JOHN V. JOHNSON
Attorney for Plaintiff

Respectfully submitted,

Dated: December 30, 2009

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration


 /s/ Odell Grooms
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.


Dated:  January 4, 2010.


_____
U.S. MAGISTRATE JUDGE