BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS, CO SBN 15153
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL A. CABOTAJE, CA SBN 197086
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8984
    Facsimile:  (415) 744-0134
    Email: michael.cabotaje@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LATOYA N. PETERS, o/b/o K.J.R.,  )<br>)<br>         Plaintiff,  )<br>)<br>vs.  )<br>)<br>MICHAEL J. ASTRUE,  )<br>Commissioner of  )<br>Social Security,  )<br>)<br>         Defendant.  )<br>_____) | Case No. 2:09-CV-01891-KJM<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ORDER** |

**IT IS STIPULATED** by and between Latoya N. Peters. ("Plaintiff"), who filed the

above-captioned on behalf of K.J.R. ("Claimant"), and defendant Michael J. Astrue,

Commissioner of Social Security ("Defendant"), through their undersigned counsel of record,

that the above-entitled action shall be remanded to the Commissioner of Social Security for

further administrative proceedings.

The parties have agreed to voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.  Upon remand, the Administrative Law Judge ("ALJ"), in accordance with Social Security Acquiescence Ruling 04-1(9), will re-evaluate Claimant's case; obtain an evaluation from a qualified pediatrician or other individual who specializes in a field of medicine appropriate to the alleged disability of Claimant; and, if the ALJ relies on this evaluation, include, in the record, evidence of the qualifications of the pediatrician or other individual described above and how the evaluation was considered.  Also, the ALJ will consider and evaluate the Individualized Education Program (Certified Transcript 109-125), including a discussion of this program in his/her decision.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: February 22, 2010

JOHN VINCENT JOHNSON

*/s/ John Vincent Johnson\**
JOHN VINCENT JOHNSON
Attorney for Plaintiff
(* approval via e-mail dated February 22, 2010)

Attorney for Plaintiff

Dated: February 22, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By   */s/ Michael A. Cabotaje*
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL FOR DEFENDANT:
JACOB M. MIKOW
Assistant Regional Counsel, Region IX
Social Security Administration

### ORDER

**APPROVED AND SO ORDERED.**

DATED: February 22, 2010.

_____
U.S. MAGISTRATE JUDGE