IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATOYA N. PETERS O/B/O,
MINOR CHILD, K.R.,

    Plaintiff,        No. CIV S-09-1891 KJM

  vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.       ORDER

_____/

    Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1) is pending before the court. Defendant contends after applying the CPI-U applicable to the area in which plaintiff's counsel performed the services would result in an hourly fee of $178.04. See Sorenson v. Mink, 239 F.3d 1140, 1148-49 (9th Cir. 2001). Defendant did not, however, submit any evidence supporting this contention.

    Accordingly, within seven days from the date of this order, defendant shall submit evidence supporting the CPI-U and hourly rate calculations set forth in defendant's brief, including the applicable average CPI-U for 2009, 2010 and March 1996.

DATED: June 11, 2010.

006/peters.fb

_____
U.S. MAGISTRATE JUDGE

1